PROBATION FORM NO. 35
(1/92)

FILED

2005 JUN 20 P 2:57

U.S. ...

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

ROSE, JOHN

Crim #:  3:03CR00262(MRK)

Re: **Early Termination of Supervision**

On **12/05/2003** the above named was placed on **PROBATION** for a period of **2** years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Virginia C. Swisher
Supervising U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 3rd day of June, 2005.

The Honorable Mark R. Kravitz
United States District Court Judge